UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 22-60839-CIV-MARTINEZ

MARLON J. BENAVIDES,

    Plaintiff,

v.

2401 NE 2ND STREET OPERATIONS LLC
d/b/a SEAVIEW NURSING
REHABILITATION CENTER,

    Defendant.
_____/

## ORDER ON NOTICE OF SETTLEMENT

THIS CAUSE came before the Court upon Plaintiff's Notice of Settlement, (ECF No. 21), indicating that the Parties have reached a settlement in this matter. It is hereby

ORDERED AND ADJUDGED as follows:

1. The parties shall file a Motion for Settlement Approval that complies with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). The proposed settlement shall be on the record. *See Mercado v. Snyder*, No. 2:15-cv-14101-ROSENBERG/LYNCH, 2015 WL 11142629, at *1 (S.D. Fla. Dec. 11, 2015); *Dees v. Hydradry, Inc.*, 706 F. Supp. 2d 1227, 1245–46 (M.D. Fla. 2010).

2. Additionally, the parties SHALL file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action); a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before Thursday, July 28, 2022.**

3. The Clerk is DIRECTED to DENY ALL PENDING MOTIONS AS MOOT.

    4.    The Clerk shall ADMINISTRATIVELY CLOSE this case for statistical purposes only.  This shall not affect the substantive rights of the parties.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of June, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record