UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 22-60839-CIV-MARTINEZ

MARLON J. BENAVIDES,

    Plaintiff,

v.

2401 NE 2ND STREET OPERATIONS LLC, d/b/a SEAVIEW NURSING AND REHABILITATION CENTER,

    Defendant.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

THIS CAUSE came before the Court upon the parties' Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice ("Motion"). (ECF No. 25). The parties filed a copy of the Settlement Agreement (the "Settlement Agreement") for the Court to review, (ECF No. 25-1). After careful consideration of the Settlement Agreement, as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982), the Court finds that the agreement represents a fair and reasonable resolution of a bona fide FLSA dispute.

Accordingly, it is hereby **ORDERED and ADJUDGED** that

1. The parties' Motion, (ECF No. 25), is **GRANTED**.
2. The parties' Settlement Agreement is hereby **APPROVED**.
3. This action is **DISMISSED with prejudice**.
4. This case is **CLOSED**, and all pending motions are **DENIED AS MOOT**. The Court retains jurisdiction to enforce the parties' Settlement Agreement.

DONE AND ORDERED in Chambers at Miami, Florida, this 17 day of August, 2022.

                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record